Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RYAN SOWDER and YOLANDA GRISWELL, On Behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) COLLECTIVE ACTION ) |
| Plaintiffs, | ) CASE NO. 3:16-cv-00906 |
| v. | ) ) JUDGE TRAUGER |
| CHSSA HOLDINGS OF WINCHESTER, LLC D/B/A CARESOUTH HOME CARE PROFESSIONALS, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### JOINT MOTION FOR ENTRY OF PROPOSED AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties and this Court's Order of December 1, 2016 (Doc. No. 35), the parties jointly move this Court to enter the Proposed Amended Scheduling Order attached hereto as Exhibit A.

Dated: December 15, 2016

Respectfully submitted,

/s/ Jerry E. Martin
**JERRY E. MARTIN (No. 20193)**
**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**SETH M. HYATT (No. 31171)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com

1